[No. 18648-9-II.    Division Two.    June 14, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN
WILLIAM WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 93–1–01275–6, James D. Ladley, J., entered
September 8, 1994. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Turner and Armstrong,
JJ.

[No. 33722-0-I.    Division One.    June 17, 1996.]

DENNIS MARTIN, ET AL., *Respondents*, v. JOHN
McEVOY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91–2–17082–7, Mary Wicks Brucker, J.,
entered October 13, 1993, October 22, 1993, November 19,
1993. *Affirmed in part, reversed in part* and *remanded* by
unpublished opinion per Coleman, J., concurred in by
Webster and Becker, JJ.

[Nos. 33988-5-I; 33989-3-I.    Division One.    June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
BERND NEUREITER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93–1–02881, 93–1–01860–2, R. Joseph Wesley,
J., entered December 28, 1993. *Affirmed* and *remanded* by
unpublished per curiam opinion.

[No. 34254-1-I.    Division One.    June 17, 1996.]

DENNIS MARTIN, ET AL., *Respondents*, v. JOHN
McEVOY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91–2–17082–7, Michael Spearman, J., entered
February 7, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker, C.J., and Webster, J.